UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:                                         CASE NO. 07-50185-PCY5
                                               CHAPTER 13
ROGER SCOTT
ONEDA SCOTT

            Debtor(s)
_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
<u>**OF UNCLAIMED FUNDS**</u>

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

    1.  The Trustee has issued check(s) FOR: WORLDWIDE ASSET PURCHASING II, which remains outstanding and uncleared.

    2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

    3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 399239 in the amount of $46.31 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

>/s/Leigh D. Hart or
>/s/William J. Miller, Jr.
>  OFFICE OF THE CHAPTER 13 TRUSTEE
>  POST OFFICE BOX 646
>  TALLAHASSEE, FL 32302
>  ldhecf@earthlink.net
>  (850) 681-2734 "Telephone"
>  (850) 681-3920 "Facsimile"

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| ROGER SCOTT<br>ONEDA SCOTT<br>3308 PILGRIMS REST CHURCH ROAD<br>MARIANNA, FL 32448 | WORLDWIDE ASSET PURCHASING II,<br>ADVANTA BANK CORP<br>P.O.BOX 672047<br>MARIETTA, GA 30006 |

AND

CHARLES M. WYNN, ATTY.
P.O. BOX 146
MARIANNA, FL 32447

on the same date as reflected on the Court's docket as the electronic filing date for this document.

>/s/Leigh D. Hart or
>/s/William J. Miller, Jr.
>   OFFICE OF CHAPTER 13 TRUSTEE

9/16/2010  2:24 pm / CR_213